

# Fourth Court of Appeals
## San Antonio, Texas

March 30, 2020

No. 04-18-00324-CV

Madhavan A. **PISHARODI**, M.D., P.A.,
Appellant

v.

**UNITED BIOLOGICS, L.L.C**,
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CI06067
Honorable Rosie Alvarado, Judge Presiding

# O R D E R

On March 25, 2020, this court issued its opinion and judgment in this appeal. A motion for rehearing is due on April 9, 2020. *See* TEX. R. APP. P. 49.1

Before the due date, Appellant filed a motion for a thirty-day extension of time to file a motion for rehearing.

Appellant's motion is GRANTED. Appellant's motion for rehearing is due on May 11, 2020.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of March, 2020.

_____
Michael A. Cruz,
Clerk of Court